WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>STAN M. FRANKLIN, Member and Registered Agent of Aloha Professional Registry, LLC,<br><br>　　　　　　　　Respondent. | Case No. MC-06-0120-PHX-SMM<br><br>**ORDER TO SHOW CAUSE RE: INTERNAL REVENUE SERVICE SUMMONS** |

Upon consideration of the Petition to Enforce Internal Revenue Service Summons (the "Petition") (Dkt. 1.), the United States' Motion for Order to Show Cause (Dkt. 2.), and the Declaration of Donald S. Demko, including the exhibits attached thereto,

**IT IS HEREBY ORDERED** that Respondent, Stan M. Franklin, Member and Registered Agent of Aloha Professional Registry, LLC, shall appear before the Honorable Stephen M. McNamee, United States District Court Judge for the District of Arizona, in the Sandra Day O'Connor United States Courthouse, located at 401 West Washington Street, Phoenix, Arizona, Courtroom No. 605, **at 1:30 p.m. on December 12, 2006**, to show cause why he should not be compelled to obey and comply with the Internal Revenue Service Summons served upon Aloha Professional Registry, LLC by Internal Revenue Agent Donald Demko on April 24, 2006, as set forth in the Petition. (Dkt. 1.)

**IT IS FURTHER ORDERED** that a copy of this Order, together with the Petition, the Motion for Order to Show Cause Hearing, and the exhibits attached thereto, including the Declaration of Donald Demko and its exhibits, shall be personally served on Respondent, Stan M. Franklin, Member and Registered Agent of Aloha Professional Registry, LLC, **on or before November 14, 2006.** Pursuant to Federal Rule of Civil Procedure 4.1(a), the Court hereby appoints Internal Revenue Agent Donald Demko to effect service in this case. The Petitioner shall file proof of such service with the Clerk of the Court as soon as practicable.

**IT IS FURTHER ORDERED** that, if Respondent has any defense to present or opposition to the Petition, such defense or opposition shall be made in writing and filed with the Clerk of the Court and copies served on counsel for the United States at least **14 days prior to the date set for the show cause hearing**. The United States may file a reply memorandum to any opposition at least **5 court days prior to the date set for the show cause hearing.**

**IT IS FURTHER ORDERED** that, any defense or opposition to the Petition that Respondent desires to make shall be set forth in such written request and shall be supported by appropriate affidavits. At the show cause hearing, the Court will consider only those issues brought into controversy by Respondent's written response(s) and supported by affidavit(s). Any uncontested allegation(s) in the Petition shall be deemed admitted.

DATED this 7th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge